UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SHARMELL CUNNINGHAM,

Defendant.

**INDICTMENT**

24 Cr.

**24 CRIM 400**

### COUNT ONE
### (Escape from Custody)

The Grand Jury charges:

1.     On or about December 20, 2023, in the Southern District of New York and elsewhere, SHARMELL CUNNINGHAM, the defendant, knowingly escaped and attempted to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and from the custody of an officer and employee of the United States pursuant to lawful arrest, which custody and confinement was by virtue of an arrest on a charge of felony, and conviction of an offense, to wit, SHARMELL CUNNINGHAM, while in the custody of the Bronx Residential Re-Entry Center ("Bronx RRC"), following a conviction in the United States District Court for the Southern District of New York of Hobbs Act robbery and conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951, left the Bronx RRC without authorization and failed to return as required.

(Title 18, United States Code, Sections 751(a) and 4082(a).)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney