UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              24 CR 400 (PKC)

          -against-                                           ORDER

SHARMELL CUNNINGHAM,

                    Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

          The time for the arraignment scheduled for July 31, 2024 is 12:00 p.m. in Courtroom 11D.

          SO ORDERED.

                                        P. Kevin Castel
                                  United States District Judge

Dated:  New York, New York
        July 22, 2024