# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara L. Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

October 3, 2024

*Application GRANTED.*
*SO ORDERED.*
*[signature] USDJ*
*10-7-24*

**By ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Sharmell Cunningham**
  24-Cr-400 (PKC)

Dear Judge Castel:

I write regarding the schedule for sentencing submissions in Mr. Cunningham's case. Mr. Cunningham's sentencing is being expedited, with sentencing to take place on October 30. The pre-sentence interview will take place on October 9, and Probation has advised me that the PSR will be disclosed on October 23. The Court did not set a schedule for the filing of sentencing submissions under the expedited schedule during the change of plea hearing.

The defense has retained a mitigation expert who is preparing a report that will be completed by October 15. The parties have also received the PSR from Mr. Cunningham's underlying sentence.

Given the expedited timeline for sentencing, I write to request that the Court allow the defense to file its sentencing submission on October 21, and the government to file its submission on October 25. That proposed schedule would allow the defense to incorporate the mitigation report into its sentencing submission. The proposed schedule would likewise allow the government a sufficient opportunity to review the pre-sentence report prior to filing its submission, and the defense an opportunity to supplement its submission if needed after the disclosure of the updated PSR.

I have conferred with the government, which does not object to this proposed schedule.

Sincerely,

[signature]

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Remy Grosbard